# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*RONALD BRENDIBLE  v. COMMISSIONER RONALD TAYLOR*

Case No.  5:14-cv-00002  TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**     **ORDER FROM CHAMBERS**

     Having reviewed Magistrate Judge Longenbaugh's Initial Report and Recommendation on Respondent's Motion to Dismiss Petition for Habeas Corpus (Docket No. 15), and noting that no Objections were filed; the Court hereby adopts and accepts the Initial Report and Recommendation in its entirety.  Consequently, Respondent's Motion to Dismiss Petition for Habeas Corpus, (Docket 5), is GRANTED.

     **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: March 30, 2015